# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FROSTY VALLEY COUNTRY CLUB INC. a/k/a FROSTY VALLEY COUNTRY CLUB a/k/a FROSTY VALLEY COUNTRY CLUB, LLC, | No. 4:17-CV-02138 <br><br> (Judge Brann) |
| Plaintiff, | |
| v. | |
| INTEGRITY GOLF COMPANY, LLC, EUGENE J. GARROTE, and IGC-FROSTY VALLEY COUNTRY CLUB, LLC, | |
| Defendants. | |

## ORDER

**AND NOW**, this 27th day of June 2018, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that:

1. Plaintiff Frosty Valley Country Club, Inc.'s Motion for Remand (ECF No. 7) is **GRANTED**.

2. Defendants Eugene J. Garrote, IGC-Frosty Valley Country Club, LLC, and Integrity Golf Company's Motion to Dismiss (ECF No. 3) is **DENIED AS MOOT**.

3. This case is **REMANDED** to the Court of Common Pleas of Montour County, Pennsylvania.

4. The Clerk is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge